FILED
CLERK, U.S. DISTRICT COURT

APR 18 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK WHITE,<br><br>        Petitioner,<br><br>    v.<br><br>JAMES YATES, Warden,<br><br>        Respondent. | NO. CV 07-44-JVS(E)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: _____4/16_____, 2008.

/s/ James V. Selna
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE